**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Microsoft Corporation, a Washington State Corporation and Health-ISAC, Inc., a Florida non-profit organization, <br><br> Plaintiffs, <br><br> v. <br><br> Saad Fridi, <br><br> and <br><br> John Does 1-4, Controlling A Computer Network and Thereby Injuring Plaintiffs and Their Customers, <br><br> Defendants. | **Case No. 26-cv-01603 (DLC)** <br> **and 26-mc-00093 (KPF)** <br><br><br> *Granted.* <br> */s/ Jennie Cote/* <br> *3/4/26* |

## NOTICE OF EXECUTION OF TRO AND APPENDIX A WEB DOMAINS AND ORDER UNSEALING CASE DOCKET

On February 24 2026, Plaintiffs Microsoft Corporation and Health-ISAC, Inc. ("Plaintiffs") filed, in Part 1 of this Court and on an *ex parte* basis, Plaintiffs' Motion for Leave to File Case Documents Under Seal (the "Sealing Motion") under Case No. 26-mc-00093. On February 25, 2026, the Court (Preska, U.S.D.J.) granted Plaintiffs' Sealing Motion, allowing Plaintiffs to file the entire case under seal pending execution of an appropriate Temporary Restraining Order ("TRO") directing disabling of various web domains identified in Appendix A to the Complaint and Proposed TRO. *See* Case No. 26-mc-00093, ECF #4. Upon execution of the TRO and the *ex parte* relief granted thereunder, the Court (Preska, U.S.D.J.): (i) directed Plaintiffs to file a Notice with the Clerk of the Court that Plaintiffs had completed execution of the TRO; (ii) further directed that upon the filing of such Notice, the case and the docket shall be immediately deemed unsealed; and (iii) the Court directed that Clerk of the Court, upon receiving such Notice, shall unseal the case and file documents on the public docket. *Id.*

1

On February 26, 2026, Plaintiffs filed, under seal, on an *ex parte* basis and under Case No. 26-cv-01603, their Complaint, Application for An Emergency Temporary Restraining Order And Order To Show Cause Re Preliminary Injunction (the "TRO Application") and supporting documentation. On the same day, this Court (Cote, U.S.D.J.) granted Plaintiffs' TRO Application and issued an emergency temporary restraining order pursuant to Rule 65(b)(c)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 5 and an order to show cause why a preliminary injunction should not be granted.

Transfer of the web domains listed in Appendix A to the Complaint and TRO has been completed. Accordingly, Plaintiffs hereby file this Notice of Execution and certify that execution of the TRO has been completed with respect to transfer of control of the web domains set forth in Appendix A. Plaintiffs request that the Clerk of Court immediately unseal all case materials filed in Case No. 26-cv-01603 such that the entire docket for this case be made accessible on the PACER website, appear on the public docket, and publicized and/or otherwise disseminated by Plaintiffs in connection with their efforts to provide Defendants with notice of the preliminary injunction hearing and service of the Complaint.

Dated: March 3, 2026

**CROWELL & MORING LLP**

By: _____

Gary A. Stahl
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
Fax: (212) 223-4134
gstahl@crowell.com


Jeffrey L. Poston (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
T: 202-624-2500
F: 202628-5116
JPoston@crowell.com


Amanda (Anna) Z. Saber (*pro hac vice*)
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
T: 415-986-2800
F: 415-986-2827
ASaber@crowell.com

*Attorneys for Plaintiffs Microsoft Corporation
and Health-ISAC*


**IT IS SO ORDERED** this _____ day of March, 2026.

The Clerk is directed to unseal the docket and all filings
under Case No. 26-cv-01603.


_____
UNITED STATES DISTRICT JUDGE

3