UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION and HEALTH-ISAC, INC., Plaintiffs, -v- SAAD FRIDI and JOHN DOES 1-4, Defendants. | 26cv1603 (DLC) Order |

DENISE COTE, District Judge:

This action was filed on February 26, 2026 against defendants Saad Fridi and John Does 1-4. Saad Fridi and the Doe Defendants were served on March 6. No defendant has appeared in this action. Accordingly, it is hereby

ORDERED that the plaintiffs shall by **October 9, 2026**, file any motion for default judgment against Saad Fridi and John Does 1-4. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions, including the requirement to obtain a certificate of default from the Clerk of Court for each defaulting defendant.

IT IS FURTHER ORDERED that the plaintiffs shall serve this Order, the motion for default judgment papers, and a copy of the Court's Individual Practices on the defendants, and shall file proof of such service on ECF on or before **October 12, 2026**.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **October 20, 2026** at **1:00 p.m.** in Courtroom 18B, 500

Pearl Street, New York, New York. The defendants' failure to appear will result in a default or a default judgment.

Dated: New York, New York
September 22, 2026

DENISE COTE
United States District Judge