UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICROSOFT CORPORATION and HEALTH-ISAC, INC.,

Plaintiffs,

-v-

SAAD FRIDI and JOHN DOES 1-4,

Defendants.

26cv1603 (DLC)

Order

DENISE COTE, District Judge:

It is hereby

ORDERED that the default judgment hearing on October 20, 2026 at 1:00 p.m. is rescheduled to **October 20, 2026 at 3:00 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
October 8, 2026

DENISE COTE
United States District Judge